UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:23-cr-00578-AGF |
| | ) |
| CONNIE BOBO, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

COME NOW Marc Johnson and Jeff Becker and hereby move to withdraw as counsel in the above-styled cause as Defendant has retained new counsel.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON

By:   */s/ Marc Johnson*
MARC JOHNSON, #58065MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the assistant United States attorney.

1