# EXHIBIT LIST

Style: ***USA v Connie Bobo***          Case Number: **4:23CR00578 AGF**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 38 | | 10/21/25 | 1 | | | MCDC ASC Profile Report 2019-2023 | 10/21/25 |
| 7A | | 10/21/25 | 1 | | | New Heights CACFP contract with MO DHSS | 10/21/25 |
| 7B | | 10/21/25 | 1 | | | New Heights training activity log | 10/21/25 |
| 7C | | 10/21/25 | 1 | | | New Heights CACFP sponsor training | 10/21/25 |
| 7R | | 10/21/25 | 1 | | | New Heights Victory Church reimbursement claim for October 2021 | 10/21/25 |
| 7E | | 10/21/25 | 1 | | | MO DHSS claims system Connie Bobo user profile | 10/21/25 |
| 7D | | 10/21/25 | 1 | | | New Heights SFSP sponsor training | 10/21/25 |
| 7G | | 10/21/25 | 1 | | | Email 2019-09-23 from Bobo submitting New Heights FY2020 annual management plan to MO DHSS (Counts 2, 4, 5, 6) | 10/21/25 |
| 7H | | 10/21/25 | 1 | | | Email 2021-08-09 from Bobo submitting New Heights FY2022 annual management plan, budget, and meeting minutes to MO DHSS | 10/21/25 |
| 7I | | 10/21/25 | 1 | | | New Heights FY2021 annual management plan approved by MO DHSS | 10/21/25 |
| 35 | | 10/21/25 | 1 | | | Photos of 1876 Spring Mill Creek, St. Charles, MO | 10/21/25 |
| 29 | | 10/21/25 | 1 | | | Photo of Mercedes-Benz G-Class SUV | 10/21/25 |
| 7J | | 10/21/25 | 1 | | | Email 2019-09-20 from Bobo submitting New Heights FY2020 budget to MO DHSS (Count 1) | 10/21/25 |
| 7K | | 10/21/25 | 1 | | | New Heights FY2020 budget approved by MO DHSS | 10/21/25 |

# EXHIBIT LIST

Style:   *USA v Connie Bobo*   Case Number:   **4:23CR00578 AGF**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7L | | 10/21/25 | 1 | | | | Email 2021-08-09 from Bobo submitting New Heights revised FY2021 budget to MO DHSS (Count 3) | 10/21/25 |
| 7M | | 10/21/25 | 1 | | | | New Heights FY2021 budget approved by MO DHSS | 10/21/25 |
| 7N | | 10/21/25 | 1 | | | | New Heights FY2020 SFSP budget | 10/21/25 |
| 7O | | 10/21/25 | 1 | | | | New Heights FY2021 SFSP budget | 10/21/25 |
| 7P | | 10/21/25 | 1 | | | | Seriously Deficient Letter 2021-12-08 to Connie Bobo | 10/21/25 |
| 7Q | | 10/21/25 | 1 | | | | Email 2021-12-17 from Connie Bobo responding to Seriously Deficient Letter | 10/21/25 |
| 7F | | 10/21/25 | 1 | | | | New Heights FY2019 annual management plan | 10/21/25 |
| 34 | | 10/21/25 | 1 | | | | Photo of 12567 & 12575 Natural Bridge Rd, Bridgeton, MO | 10/21/25 |
| 15A | | 10/22/25 | 3 | | | | Victory Church attendance sheet for February 25, 2021 | 10/22/25 |
| 37B | | 10/22/25 | 3 | | | | Bobo-provided purported Victory Church attendance records for Nov. 2021 | 10/22/25 |
| 7R | | 10/22/25 | 3 | | | | New Heights Victory Church reimbursement claim for October 2021 | 10/22/25 |
| | A | 10/22/25 | 3 | | | | 2/24/22 email from Bobo to Borman | 10/22/25 |
| 7Z | | 10/22/25 | 4 | | | | New Heights The Groves reimbursement claim for January 2022 | 10/22/25 |
| 7AA | | 10/22/25 | 4 | | | | New Heights St. Charles Housing Authority reimbursement claim for January 2022 | 10/22/25 |
| 7X | | 10/22/25 | 6 | | | | New Heights Ram in the Bush reimbursement claim for April 2021 | 10/22/25 |
| 7Y | | 10/22/25 | 6 | | | | New Heights Mt. Calvary reimbursement claim for April 2021 | 10/22/25 |

# EXHIBIT LIST

Style: **_USA v Connie Bobo_**          Case Number: **4:23CR00578 AGF**

| 2A | | 10/22/25 | 7 | | | Signature card for New Heights FCCU account ending in -9711 | 10/22/25 |
|---|---|---|---|---|---|---|---|
| 39 | | 10/22/25 | 7 | | | Summary Exhibit - Victory Church meal attendance comparison with reimbursement claims | 10/22/25 |
| 36 | | 10/22/25 | 7 | | | Grand jury subpoena to New Heights 2022-12-16 | 10/22/25 |
| 37 | | 10/22/25 | 7 | | | New Heights records provided in response to grand jury subpoena | 10/22/25 |
| 37A | | 10/22/25 | 7 | | | Vaccaro and Sons Invoices Nov. 2021 provided by Connie Bobo | 10/22/25 |
| 37C | | 10/22/25 | 7 | | | Bobo-provided purported Victory Church attendance records for Dec. 2021 | 10/22/25 |
| 37D | | 10/22/25 | 7 | | | Bobo-provided purported Victory Church attendance records for Jan. 2022 | 10/22/25 |
| 37E | | 10/22/25 | 7 | | | Bobo-provided purported Victory Church attendance records for Feb. 2022 | 10/22/25 |
| 7U | | 10/22/25 | 7 | | | New Heights 2019 By-Laws submitted to MO DHSS | 10/22/25 |
| 7S | | 10/22/25 | 7 | | | New Heights 2019-08-17 board meeting minutes | 10/22/25 |
| 7T | | 10/22/25 | 7 | | | New Heights 2021-06-19 board meeting minutes | 10/22/25 |
| 40 | | 10/22/25 | 7 | | | Summary Exhibit - Comparison of Milk Servings Reported and Milk Purchased | 10/22/25 |
| 2 | | 10/22/25 | 7 | | | First Community Credit Union records for Connie Bobo, New Heights Community Resource Center, Eagles Landing A Family & Community Investment Center, Education Consultants LLC, Great Beginnings Learning Center, Temptations Bar & Grill Corp., and Carter Logistics Center LLC bank accounts | 10/22/25 |

# EXHIBIT LIST

Style:   *USA v Connie Bobo*          Case Number:  **4:23CR00578 AGF**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | | 10/22/25 | 7 | | | Enterprise Bank & Trust records for Great Beginnings Learning Center bank accounts | 10/22/25 |
| 4 | | 10/22/25 | 7 | | | Freedom Title records related to purchases of 522 Sgt Pepper Drive, 288 Strayhorn Drive, and 418 Villa Blanc Court; quit claim deeds for 2 Depaula Trail, 228 Strayhorn Drive, and 418 Villa Blanc Court | 10/22/25 |
| 5 | | 10/22/25 | 7 | | | Gordon Food Service records for New Heights Community Resource Center customer account | 10/22/25 |
| 6 | | 10/22/25 | 7 | | | J.P. Morgan Chase records for Connie Bobo, New Heights Community Resource Center, Great Beginnings Learning Center LLC, Infinite Wisdom Early Childhood LLC, Kids U 32, Howard Hughes, HHII Eats LLC, Howard Hughes Consulting LLC, Howard Hughes Trucking & Construction LLC, HMH Estate Holdings LLC, Temptations Bar & Grills Corp., and Wei Tao bank accounts | 10/22/25 |
| 7 | | 10/22/25 | 7 | | | Missouri Department of Health and Senior Services records related to New Heights Community Resource Center and Castlecare Unlimited LC | 10/22/25 |
| 8 | | 10/22/25 | 7 | | | Navy Federal Credit Union records for Connie Bobo bank account | 10/22/25 |
| 10 | | 10/22/25 | 7 | | | Sam's Club records for New Heights Community Resource Center customer account | 10/22/25 |
| 12 | | 10/22/25 | 7 | | | Vaccaro & Sons Produce records for New Heights Community Resource Center customer account | 10/22/25 |
| 17 | | 10/22/25 | 7 | | | Food 4 Hire Catering records for New Heights Community Resource Center customer account | 10/22/25 |

# EXHIBIT LIST

Style:  ___*USA v Connie Bobo*___    Case Number:  __4:23CR00578 AGF__

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 42 | | 10/22/25 | 7 | | | Summary Exhibit - Payments to Friends and Family | 10/22/25 |
| 12A | | 10/22/25 | 7 | | | Vaccaro & Sons Produce Invoice 2021-11-17 | 10/22/25 |
| 41 | | 10/22/25 | 7 | | | Summary Exhibit - Comparison of State Reimbursements and Food and Milk Expenditures | 10/22/25 |
| 14 | | 10/22/25 | 7 | | | Houston Auto Credit buyer's order for Mercedes-Benz G-Class SUV | 10/22/25 |
| 20 | | 10/22/25 | 7 | | | Missouri Secretary of State Articles of Amendment for New Heights | 10/22/25 |
| 21 | | 10/22/25 | 7 | | | Missouri Secretary of State Articles of Organization for Castlecare Unlimited, LC | 10/22/25 |
| 22 | | 10/22/25 | 7 | | | Missouri Secretary of State Articles of Organization for HMH Estate Holdings LLC | 10/22/25 |
| 23 | | 10/22/25 | 7 | | | Missouri Secretary of State Articles of Organization for Howard Hughes Consulting LLC | 10/22/25 |
| 24 | | 10/22/25 | 7 | | | Missouri Secretary of State Articles of Organization for Howard Hughes Trucking & Construction LLC | 10/22/25 |
| 25 | | 10/22/25 | 7 | | | Missouri Secretary of State Articles of Organization for Moments for Life, LLC | 10/22/25 |
| 26 | | 10/22/25 | 7 | | | Missouri Secretary of State Articles of Organization for The Best Me I Can Be LLC | 10/22/25 |
| 27 | | 10/22/25 | 7 | | | Missouri Secretary of State Application for Registration for Zade Trucking LLC | 10/22/25 |
| 28 | | 10/22/25 | 7 | | | Missouri Secretary of State Application for Registration for Zoie LLC | 10/22/25 |
| 43 | | 10/22/25 | 7 | | | Summary Exhibit - Property Purchases | 10/22/25 |
| 44 | | 10/22/25 | 7 | | | Summary Exhibit - Timeline of Home Purchase | 10/22/25 |
| 45 | | 10/22/25 | 7 | | | Summary Exhibit - Summary of New Heights Expenditures | 10/22/25 |

# EXHIBIT LIST

Style: **_USA v Connie Bobo_**          Case Number: **4:23CR00578 AGF**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30 | | 10/22/25 | 7 | | | Photo of 288 Strayhorn Dr, St. Peters, MO | 10/22/25 |
| 31 | | 10/22/25 | 7 | | | Photo of 522 Sgt Pepper Dr, St. Peters, MO | 10/22/25 |
| 32 | | 10/22/25 | 7 | | | Photo of 418 Villa Blanc Ct, O'Fallon, MO | 10/22/25 |
| 33 | | 10/22/25 | 7 | | | Photo of 2 Depaula Trails #19B, St. Charles, MO | 10/22/25 |
| 19 | | 10/22/25 | 7 | | | IRS fact-of-filing letter regarding Connie Bobo and New Heights Community Resource Center federal income tax returns | 10/22/25 |
| 1 | | 10/22/25 | 7 | | | Block Inc. records for Connie Bobo and Howard Hughes CashApp accounts | 10/22/25 |
| 9 | | 10/22/25 | 7 | | | People's National Bank records for Howard Hughes Consulting LLC and HMH Estate Holdings LLC bank accounts | 10/22/25 |
| 13 | | 10/22/25 | 7 | | | Coldwell Banker records related to purchase of 1876 Spring Mill Creek | 10/22/25 |
| 15 | | 10/22/25 | 7 | | | Victory Church records related to state meal distribution 2021-2022 | 10/22/25 |
| 7W | | 10/22/25 | 9 | | | New Heights SFSP contract with MO DHSS | 10/22/25 |